UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MALCOM CONRAD ENGLE, SR,<br><br>                Plaintiff,<br><br>   vs.<br><br>SPOKANE COUNTY, LINCOLN COUNTY, STATE OF WASHINGTON and CHILD PROTECTIVE SERVICES,<br><br>                Defendants. | NO.  CV-09-238-LRS<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

    By Order filed October 9, 2009, the court directed Plaintiff Engle to show cause within twenty days why this action should not be dismissed for failure to keep the court apprised of his current address.  A copy of this Order sent to Mr. Engle at the Spokane County Jail was returned as undeliverable on October 19, 2009 (Ct. Rec. 8).

    The court has attempted, but has been unable, to locate a current address for Plaintiff.  Plaintiff has provided no current address and he has filed nothing in this action since the initial documents filed July 30, 2009.  Therefore, **IT IS ORDERED** Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to notify the District Court Executive regarding his change of address.

///

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 1

**IT IS SO ORDERED** The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address, and close the file.

**DATED** this 9th day of November 2009.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 2